IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Raenelle Joyner, | ) | C.A. No. 2:15-411-PMD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Lowcountry Credit, Inc.; TruAuto, Inc.; McElveen Buick-GMC, Inc.; McElveen Insurance and Financial Planning, LLC; and Economy Cars, LLC, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court upon the magistrate judge's recommendation that defendants' Motion to Compel Arbitration and Stay Proceedings Pending Conclusion of Arbitration be granted. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Title 28 U.S.C. § 636(b)(1) and Local Rule 73.02(B)(2) D.S.C..

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is hereby

**ORDERED,** that defendants' Motion to Compel Arbitration and Stay Proceedings Pending Conclusion of Arbitration be **GRANTED,** and

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order

of this Court.

    **AND IT IS SO ORDERED.**

                                                  PATRICK MICHAEL DUFFY
                                                  United States District Judge

May 6, 2015
Charleston, South Carolina